**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 248 EAL 2020

Respondent                  :

                                :   Petition for Allowance of Appeal

                                :   from the Order of the Superior Court

v.                           :

                                :

JOSEPH BLEDSOE,              :

                                :

Petitioner                 :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.